B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:08−bk−05067−SSC**
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   JAMES PAUL ABNER                                CHRISTINA DENISE ABNER
   fdba IRON MOUNTAIN                           aka CHRISTINA GERCHAK, aka
   ARCHITECTURAL, LLC                         CHRISTINA GERCHAK−ABNER
   136 WEST ALMERIA RD                         136 WEST ALMERIA RD
   PHOENIX, AZ 85003                                 PHOENIX, AZ 85003

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5540                                               xxx−xx−0387

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                       BY THE COURT

Dated: 12/4/09                                              Sarah Sharer Curley
                                                                       United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: johnsonc                 Page 1 of 3                Date Rcvd: Dec 04, 2009
Case: 08-05067                 Form ID: b18                   Total Noticed: 78


The following entities were noticed by first class mail on Dec 06, 2009.
db/jdb       +JAMES PAUL ABNER,    CHRISTINA DENISE ABNER,    136 WEST ALMERIA RD,    PHOENIX, AZ 85003-1139
aty           JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737
tr            ANTHONY H. MASON,    P.O. BOX 4427,    PHOENIX, AZ  85030-4427
cr           +American Home Equity Corporation, C/O Mark S. Boso,    Tiffany & Bosco, P.A.,
               2525 E. Camelback Rd.,    Suite 300,    Esplanade II,   Phoenix, AZ 85016-4237
cr           +Mortgage Electronic Registration Systems, Inc. C/O,    Tiffany & Bosco, P.A.,
               2525 E. Camelback Rd.,    Suite 300,    Esplanade II,   Phoenix, AZ 85016-4237
cr         +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 SE 2ND AVE #1120,    MIAMI, FL 33131-1605
cr           +Rehabilitation Finance, LLC,    c/o Adam B. Decker, Esq.,    Jackson White,
               40 N. Center Street, #200,    Mesa, AZ 85201-7300
cr        ++++eCAST Settlement Corporation,    POB 35480,    Newark, NJ  07193-5480
7346138      +AMEX,    P. O. Box 3001,    Malvern PA 19355-0701
7346139      +AURORA LOAN SERVICES,    10350 Park Meadow Drive,    Littleton CO 80124-6800
7346142      +BANK OF AMERICA,    P.O. BOX 798,    Wichita KS 67201-0798
7346140       BANK OF AMERICA,    P. O. Box 660576,    Dallas TX 75266-0576
7346141       BANK OF AMERICA,    P. O. Box 30750,    Los Angeles CA 90030-0750
7346144       BANK OF AMERICA/FIA CARD SERVICES,    P. O. Box 15726,    Wilmington DE 19886-5726
7346145      +BANK OFAMERICA,    P.O. BOX 798,    Wichita KS 67201-0798
7346147      +CACH, LLC,    %BRONSON & MIGLIACCIO, LLP,    415 LAWRENCE BELL DRIVE,    Buffalo NY 14221-7805
7346148       CAPITAL ONE AUTO FINANCE,    P. O. Box 260848,    Plano TX 75026-0848
7346151      +CAREFREE WATER COMPANY,    PO BOX 702,    Carefree AZ 85377-0702
7346153      +CITIBANK USA,    P. O. Box 20507,    Kansas City MO 64195-0507
7346154       CITICARDS,    P. O. Box 183037,    Columbus OH 43218-3037
7346155      +CITY OF PHOENIX,    WATERS SERVICES DEPARTMENT,    P.O. BOX 29663,    Phoenix AZ 85038-9663
7346156       COLLECTION SERVICE BUREAU,    P.O. BOX 310,    Scottsdale AZ 85252-0310
7346157      +COUNTRYWIDE,    P. O. Box 650070,    Dallas TX 75265-0070
7346158      +CREDITORS INTERCHANGE,    80 HOLTZ DRIVE,    Buffalo NY 14225-1470
7346159       CURBSIDE RECYCLIING & DISPOSAL,    PO BOX 63332,    Phoenix AZ 85082-3332
7346161       DIRECT TV,    P.O. BOX 78626,    Phoenix AZ 85062-8626
7346160       DIRECT TV,    P.O. BOX 6550,    Englewood CO 80155-6550
7346163       GC SERVICES,    P.O. BOX 2667,    Houston TX 77252-2667
7346164      +GC SERVICES,    P.O. BOX 26999,    San Diego CA 92196-0999
7346166       HOME DEPOT,    Card Service Center,    Service Processing Center,    Des Moines IA 50364-0001
7346167      +HOME DEPOT CITIBANK SD NA,    P.O. BOX 26999,    San Diego CA 92196-0999
7346168       HOME DEPOT CREDIT SERVICES,    CITIBANK BISA,    P.O. BOX 6028,    The Lakes NV 88901-6028
7346170       HOMECOMINGS FINANCIAL,    P. O. Box 205,    Waterloo IA 50704-0205
7346173      +JOHN C. LINCOLN-DEER VALLEY HOSPITAL,    250 East Dunlap Avenue,    Phoenix AZ 85020-2871
7346175      +KILLIP LAND PLANING,    LANDSCAPTE ARCHITECTURE DESIGN,    15049 N. HANA MAUI DRIVE,
               Phoenix AZ 85022-3658
7346179       NCO FIANCIAL SYSTEMS,    P.O. BOX 61247 DEPT 64,    Virginia Beach VA 23466
7346180       NCO FINANCIAL SYSTERMS,    P.O. BOX 15889,    Wilmington DE 19850-5889
7346181      +NELNET LNS,    P. O. Box 17460,    Denver CO 80217-0460
7346182      +NIZAR N. RAMZAN, M.D.,    8761 East Bell Road, #105,    Scottsdale AZ 85260-1316
7346183      +PALMER ARCHITECTS,    SURFACE ENGINEERING,    8560 E SHEA  BLVD,    Scottsdale AZ 85260-6679
7346184      +PETER VAN BREGMANN,    3905 STATE STREET, SUITE 215,    Santa Barbara CA 93105-3138
7346187      +REHABILITATION FINANCE, LLC,    L BURKE RILES & AL LUNDSTROM,    5235 S KYRENE#216,
               Tempe AZ 85283-1784
7346188      +SCHOLASTIC/GROLIER,    PENNACLE FINANCIAL GROUP,    7825 WASHINGTON AVE S #310,
               Minneapolis MN 55439-2424
7346189       SCOTTSDALE HEALTHCARE-SHEA,    c/o  Collection Service Bureau,    P. O. Box 310,
               Scottsdale AZ 85252-0310
7346190      +SOUTHWEST GAS,    P.O. BOX 98890,    Las Vegas NV 89150-0001
7346191      +SRP,    P.O. BOX 2950,    Phoenix AZ 85062-2950
7346194       THE PHONICS READING PROGRAM,    PO BOX 6002,    Jefferson City MO 65102-6002
7346196       UNIVERSAL FIEDLITY LP,    P.O. BOX 941911,    Houston TX 77094-8911
7346195     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U. S. BANK,    P. O. Box 790408,    Saint Louis MO 63179-0408)
7346200       WELLS FARGO,    P. O. Box 30086,    Los Angeles CA 90030-0086
7346201       WELLS FARGO FINANCIAL BANK,    P. O. Box 98796,    Las Vegas NV 89193-8796
7346202      +WEST ASSET MANAGEMENT, INC,    P.O. BOX 956842,    Saint Louis MO 63195-6842
7346203       WORKING ASSETS,    P. O. Box 15726,    Wilmington DE 19886-5726

The following entities were noticed by electronic transmission on Dec 04, 2009.
tr            EDI: BAHMASON.COM Dec 04 2009 18:53:00      ANTHONY H. MASON,    P.O. BOX 4427,
               PHOENIX, AZ  85030-4427
smg           EDI: AZDEPREV.COM Dec 04 2009 18:53:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
cr           +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Dec 05 2009 02:23:40
               CAPITAL ONE AUTO FINANCE DEPARTMENT,    P.O. BOX 201347,    ARLINGTON, TX 76006-1347
7346137      +EDI: AMEREXPR.COM Dec 04 2009 18:53:00      AMERICAN EXPRESS,    BOX 0001,
               Los Angeles CA 90096-8000
7346140       EDI: BANKAMER2.COM Dec 04 2009 18:53:00      BANK OF AMERICA,    P. O. Box 660576,
               Dallas TX 75266-0576
7346142      +EDI: BANKAMER2.COM Dec 04 2009 18:53:00      BANK OF AMERICA,    P.O. BOX 798,
               Wichita KS 67201-0798
7346141       EDI: BANKAMER2.COM Dec 04 2009 18:53:00      BANK OF AMERICA,    P. O. Box 30750,
               Los Angeles CA 90030-0750
7346143       EDI: BANKAMER.COM Dec 04 2009 18:53:00      BANK OF AMERICA VISA BUSINESS CARD,    P. O. Box 15710,
               Wilmington DE 19886-5710
7346144       EDI: BANKAMER2.COM Dec 04 2009 18:53:00      BANK OF AMERICA/FIA CARD SERVICES,    P. O. Box 15726,
               Wilmington DE 19886-5726
7346145      +EDI: BANKAMER2.COM Dec 04 2009 18:53:00      BANK OFAMERICA,    P.O. BOX 798,
               Wichita KS 67201-0798
```

```
District/off: 0970-2           User: johnsonc                Page 2 of 3                   Date Rcvd: Dec 04, 2009
Case: 08-05067                 Form ID: b18                  Total Noticed: 78
```

The following entities were noticed by electronic transmission (continued)
```
7346146      +EDI: TSYS2.COM Dec 04 2009 18:53:00      BARCLAYS BANK DELAWARE,    P. O. Box 8801,
              Wilmington DE 19899-8801
7346149       EDI: CAPITALONE.COM Dec 04 2009 18:53:00      CAPITAL ONE VISA,    P. O. Box 60024,
              City Of Industry CA 91716-0024
7346150       EDI: RMSC.COM Dec 04 2009 18:53:00      CARE CREDIT/GE MONEY BANK,    P. O. Box 960061,
              Orlando FL 32896-0061
7346152       EDI: CHASE.COM Dec 04 2009 18:53:00      CHASE,    P. O. Box 94014,    Palatine IL 60094-4014
7346153      +EDI: CITICORP.COM Dec 04 2009 18:53:00      CITIBANK USA,    P. O. Box 20507,
              Kansas City MO 64195-0507
7346162       EDI: DISCOVER.COM Dec 04 2009 18:53:00      DISCOVER CARD,    PO BOX 30395,
              Salt Lake City UT 84130-0395
7346165       EDI: RMSC.COM Dec 04 2009 18:53:00      GE MONEY BANK/OLD NAVY,    P. O. Box 530942,
              Atlanta GA 30353-0942
7346169      +EDI: FUNB.COM Dec 04 2009 18:53:00      HOME EQ SERVICING,    P. O. Box 13716,
              Sacramento CA 95853-3716
7346172      +EDI: HFC.COM Dec 04 2009 18:53:00      HSBC CARD SERVICES,    P. O. Box 60102,
              City Of Industry CA 91716-0102
7346171       EDI: HFC.COM Dec 04 2009 18:53:00      HSBC CARD SERVICES,    P. O. Box 60136,
              City Of Industry CA 91716-0136
7346174       EDI: TSYS2.COM Dec 04 2009 18:53:00      JUNIPER BANK,    P. O. Box 13337,
              Philadelphia PA 19101-3337
7346176       EDI: PHINPLAZA.COM Dec 04 2009 18:53:00      LAW OFFICE MITCHELL N. KAY,    P.O. BOX 9006,
              Smithtown NY 11787-9006
7346177      +EDI: BANKAMER.COM Dec 04 2009 18:53:00      MBNA AMERICA BANK,    P. O. Box 26012,
              Greensboro NC 27420-6012
7346178       EDI: MERRICKBANK.COM Dec 04 2009 18:53:00      MERRICK BANK,    P. O. Box 5721,
              Hicksville NY 11802-5721
7346185       EDI: CHASE.COM Dec 04 2009 18:53:00      PIER ONE IMPORTS,    P. O. Box 94012,
              Palatine IL 60094-4012
7346186       E-mail/Text: bklaw@qwest.com                              QWEST,    P.O. BOX 29039,
              Phoenix AZ 85038-9039
7367105       EDI: RECOVERYCORP.COM Dec 04 2009 18:53:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
7346192       EDI: AISTMBL.COM Dec 04 2009 18:53:00      T MOBILE,    P.O. BOX 51843,    Los Angeles CA 90051-6143
7346193       EDI: WTRRNBANK.COM Dec 04 2009 18:53:00      TARGET NATIONAL BANK,    P. O. Box 59317,
              Minneapolis MN 55459-0317
7346195       EDI: USBANKARS.COM Dec 04 2009 18:53:00      U. S. BANK,    P. O. Box 790408,
              Saint Louis MO 63179-0408
7346198       EDI: WFNNB.COM Dec 04 2009 18:53:00      VICTORIA'S SECRET,    P.O. BOX 659728,
              San Antonio TX 78265-9728
7346199       EDI: WFNNB.COM Dec 04 2009 18:53:00      VICTORIA'S SECRET,    P.O. BOX 182125,
              Columbus OH 43218-2125
7346197       EDI: WFNNB.COM Dec 04 2009 18:53:00      VICTORIA'S SECRET,    P. O. Box 182685,
              Columbus OH 43218-2685
7346200       EDI: WFFC.COM Dec 04 2009 18:53:00      WELLS FARGO,    P. O. Box 30086,
              Los Angeles CA 90030-0086
7346201       EDI: WFFC.COM Dec 04 2009 18:53:00      WELLS FARGO FINANCIAL BANK,    P. O. Box 98796,
              Las Vegas NV 89193-8796
                                                                                              TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Pemm Tek Mortgage Services, LLC, its assignees and
cr           Pemm.Tek Mortagage Services, LLC, its assignees an
                                                                                              TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2009**                    **Signature:**     *Joseph Speetjens*